JAJ:CHB
F.#2009R01262/2010R00295/OCDETF# NY-NYE 476

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| - against - | Cr. No. _____ |
| | (T. 21, U.S.C., §§ |
| LARRY FALLS, | 841(a)(1), |
|     also known as "T" and | 841(b)(1)(A)(iii), |
|     "Tone," and | 841(b)(1)(B)(iii) and 846; |
| MICHAEL WALKER, | T. 18, U.S.C. §§ 2, |
|     also known as "Swabs," | 924(c)(1)(A)(i) and 3551 |
| | et seq.) |
|         Defendants. | |

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

COUNT ONE
(Cocaine Base Distribution Conspiracy)

In or about and between June 2009 and November 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants LARRY FALLS, also known as "T" and "Tone," and MICHAEL WALKER, also known as "Swabs," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a

substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, 841(b)(1)(A)(iii) and 846; Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Unlawful Use of a Firearm)

In or about and between June 2009 and November 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant LARRY FALLS, also known as "T" and "Tone," together with others, did knowingly and intentionally use and carry a firearm during and in relation to a drug trafficking crime, to wit: the crime charged in Count One, and did knowingly and intentionally possess a firearm in furtherance of said drug trafficking crime.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 2 and 3551 et seq.)

## COUNT THREE
(Possession of Cocaine Base with Intent to Distribute)

On or about June 3, 2009, within the Eastern District of New York, the defendants LARRY FALLS, also known as "T" and "Tone," and MICHAEL WALKER, also known as "Swabs," together with others, did knowingly and intentionally distribute and possess

3

with intent to distribute a controlled substance, which offense involved five grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK